L. D. Stroud and Ney Wade, both of Beeville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

This is an appeal from an order of the district judge of the Thirty-Sixth judicial district remanding appellant to the custody of the sheriff.

The state's attorney with this court calls attention to the fact that the transcript herein shows to have been delivered by the clerk of the trial court to appellant's counsel and not to have been sent by said clerk, in the manner prescribed by law, to the clerk of this court. We regret that we cannot consider the transcript under such showing. Pilot v. State, 38 Tex. Cr. R. 515, 43 S. W. 112, 1024; Lowrey v. State, 92 Tex. Cr. R. 311, 244 S. W. 147.

The appeal will be dismissed.

**HAWKINS, J., not sitting.**

## MORRIS v. STATE.
### No. 14165.

Court of Criminal Appeals of Texas.
March 11, 1931.

Reynold M. Gardner, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**HAWKINS, J.**

Conviction is for possessing intoxicating liquor for the purpose of sale, punishment being one year in the penitentiary.

The record is here without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.